IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:06-CV-303-H

| | |
|---|---|
| EVA MAYNARD,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; WAL-MART STORES EAST, INC., d/b/a WAL-MART STORES EAST I, INC.; WAL-MART STORES EAST, INC.; WAL-MART STORES EAST I, INC., WAL-MART STORE EAST I, LIMITED PARTNERSHIP; WAL-MART STORES EAST, LP; WAL-MART STORES EAST, LP, d/b/a WAL-MART STORES EAST I, LIMITED PARTNERSHIP,<br><br>    Defendants. | STIPULATION OF DISMISSAL WITH PREJUDICE<br>(Fed.R.Civ.P. 41(a)(1)(ii)) |

Pursuant to the agreement of the parties and Fed.R.Civ.P. 41(a)(1)(ii), the above entitled action is dismissed with prejudice.

Respectfully submitted this the 24th day of April, 2007.

/s/ L. Stacy Weaver III
L. Stacy Weaver III, NC Bar 32990
Bain, Buzzard & McRae, LLP
65 Bain St.
Lillington, NC 27546
Tel 910-893-5111
Fax 910-893-6956
Email: sweaver@bainlawyers.com
*Counsel for the Plaintiff*

/s/ Angela B. Cummings
Angela B. Cummings, NC Bar 26536
Littler Mendelson, P.C.
100 North Tryon Street, Suit 4150
Charlotte, NC 28202
Tel 704- 972-7000
Fax 704-333-4005
Email: acummings@littler.com
*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon the Defendants in this action by placing a true copy of the same in the United States mails, first class postage prepaid, in an envelope addressed as follows:

Angela B. Cummings
Littler Mendelson, P.C.
100 North Tryon Street, Suite 4150
Charlotte, NC 28202

This the 24th day of April, 2007.

By: /s/ L. Stacy Weaver III